UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
00 JAN 21 PM 1:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JAN 21 2000

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL NO. 91 HEALTH & WELFARE FUND and | ) ) ) ) |
| and | ) CV 99-L-2953-S |
| PLUMBERS & STEAMFITTERS LOCAL NO. 91 PENSION FUND | ) ) |
| Plaintiffs, | ) |
| vs. | ) |
| SEXTON PLUMBING, INC., | ) |
| Defendant. | |

### Findings and Conclusions

This cause coming on to be heard on the written application of plaintiffs, supported by certificate for judgment by default in favor of plaintiffs and against defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings and conclusions:

1. The summons and complaint were served upon defendant via certified mail on November 6, 1999. Defendant has failed to appear, or otherwise defend.

9

2. Defendant is not an infant or incompetent person, nor served in the military service of the United States since the filing of this suit nor for a period of six months prior to such filing.

3. After reviewing the submission of plaintiffs in the form of a sworn affidavit of Ann Lee, the Plan Administrator for plaintiffs, the court finds that defendant is indebted to plaintiffs in the sum of $34,538.31, which includes principal, liquidated damages, interest, court costs and attorney fees. A judgment will be entered accordingly.

DONE this 21st day of January 2000.

_____
SENIOR JUDGE